# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN JEROME FRENCH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>S. YOUNG,<br><br>　　　　Respondent. | Case No. 1:19-cv-01306-EPG-HC<br><br>ORDER DENYING PETITIONER'S MOTION TO COMPEL<br><br>(ECF No. 11)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PETITIONER COPY OF MOTION TO DISMISS |

Petitioner Darin Jerome French is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 6, 2020, Respondent filed a motion to dismiss the petition. (ECF No. 10). On February 24, 2020, the Court received the instant motion to compel. (ECF No. 11). Petitioner states that as of February 19, 2020, he has not received any response from Respondent. Petitioner requests that the Court order Respondent to hand deliver the response.

Respondent filed a certificate of service with the Court certifying that on February 6, 2020, a copy of the motion to dismiss was served on Petitioner by mail. (ECF No. 10 at 8). Although it appears that there may be an issue of Petitioner's legal mail being delayed, the Court finds that hand delivery of the response is not warranted.

///

///

1

Accordingly, the Court HEREBY ORDERS that:

1. Petitioner's motion to compel (ECF No. 11) is DENIED;
2. The Clerk of Court is DIRECTED to send Petitioner a copy of Respondent's motion to dismiss (ECF No. 10);
3. Within twenty-one (21) days of the date of service of this order, Petitioner SHALL FILE an opposition or statement of non-opposition to the motion to dismiss; and
4. Any reply to an opposition to the motion to dismiss shall be filed within seven (7) days after the opposition is served.

IT IS SO ORDERED.

Dated: **February 27, 2020**

/s/ Errin P. Gross
UNITED STATES MAGISTRATE JUDGE