# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DARIN JEROME FRENCH, | Case No. 1:19-cv-01306-EPG-HC |
|---|---|
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS |
| v. | |
| S. YOUNG, | |
| Respondent. | (ECF No. 13) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner requests an extension of time to respond to Respondent's motion to dismiss because resources that Petitioner was using have been suspended due to the Coronavirus. (ECF No. 13).

IT IS HEREBY ORDERED that Petitioner is granted to and including April 22, 2020 to file his response to Respondent's motion to dismiss.

IT IS SO ORDERED.

Dated: **March 20, 2020**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE