# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN JEROME FRENCH,<br><br>    Petitioner,<br><br>    v.<br><br>S. YOUNG,<br><br>    Respondent. | Case No. 1:19-cv-01306-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE MOTIONS TO DISMISS AND CLOSE CASE<br><br>(ECF Nos. 10, 17) |

Petitioner Darin Jerome French is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. In the petition, Petitioner asserts that he is entitled to release to home confinement or a halfway house pursuant to the changes enacted under the First Step Act.

On February 6, 2020, Respondent filed a motion to dismiss. (ECF No. 10). On May 22, 2020, in lieu of a response to the motion to dismiss, Petitioner filed a motion to dismiss the action as moot because he is now qualified to be placed on home confinement. (ECF No. 17).

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Voluntary dismissal under this rule grants a plaintiff an absolute right to dismiss without prejudice, requires no action on the part of the court, and divests the court of jurisdiction

1

upon the filing of the notice of voluntary dismissal. See United States v. 475 Martin Lane, 545 F.3d 1134, 1145 (9th Cir. 2008) (describing consequences of voluntary dismissals pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)).

In this case, Respondent has not served either an answer or a motion for summary judgment. The Court construes Petitioner's motion to dismiss as a notice of voluntary dismissal. See Castro v. United States, 540 U.S. 375, 381–82 (2003) (courts may recharacterize a *pro se* motion to "create a better correspondence between the substance of a *pro se* motion's claim and its underlying legal basis"); Bernhardt v. Los Angeles County, 339 F.3d 920, 925 (9th Cir. 2003) (courts have a duty to construe *pro se* pleadings and motions liberally). Therefore, Petitioner's notice of dismissal was effective upon filing and without a court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

For the sake of clarity, in light of Petitioner's notice of dismissal, IT IS HEREBY ORDERED that the Clerk of the Court is DIRECTED to TERMINATE the motions to dismiss (ECF Nos. 10, 17) and to CLOSE the case.

IT IS SO ORDERED.

Dated:   **June 18, 2020**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE